[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JAN 20, 2010
JOHN LEY
ACTING CLERK

No. 09-11118
Non-Argument Calendar

_____

D. C. Docket No. 05-00315-CR-J-25-TEM

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DONTRELL A. THOMAS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(January 20, 2010)

Before BARKETT, HULL and KRAVITCH, Circuit Judges.

PER CURIAM:

Lynn Palmer Bailey, appointed counsel for Dontrell A. Thomas, has filed a

motion to withdraw on appeal and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the district court's denial of relief under 18 U.S.C. § 3582(c)(2) is **AFFIRMED**.